UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO COBOS,<br><br>         Plaintiff,<br><br>   vs.<br><br>BENTON COUNTY JAIL, C/O WIDENER, C/O HORTON, OFFICER RUNGE, and OFFICER PETERS,<br><br>         Defendants. | NO.  CV-06-5008-CI<br><br>REPORT AND RECOMMENDATION TO DENY MOTIONS |

BEFORE THE COURT on Report and Recommendation are Plaintiff's "Motion for an Order Directing the U.S. Marshals to Investigate" (Ct. Rec. 9), an "Emergency Motion for Detention in a Different Facility" (Ct. Rec. 10) and his "Ex-Parte Motion to Access an Adequate Law Library" (Ct. Rec. 13).  Plaintiff, a prisoner at the Benton County Jail, is proceeding *pro se* and in *forma pauperis*; Defendants have not been served.

By separate Order the court advised Mr. Cobos of the deficiencies of his complaint and directed the return of numerous "exhibits" improperly submitted to the court.  Plaintiff has not filed a legally sufficient complaint.

Plaintiff is advised the court has no jurisdiction to address his motions until he has filed a legally sufficient complaint.  *See*

REPORT AND RECOMMENDATION TO DENY MOTIONS -- 1

generally Fed. R. Civ. P. 3 and the notes following the rule. Furthermore, Defendants are not parties to a suit before being served with process, *see Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995). Accordingly, **IT IS RECOMMENDED** Plaintiff's Motions (Ct. Recs. 9, 10 and 13) be **DENIED.  IT IS FURTHER RECOMMENDED** the "Exhibits" A-K, attached to the Emergency Motion (Ct. Rec. 10) be returned to Mr. Cobos.

**OBJECTIONS**

Any party may object to a magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof.  Such party shall file with the District Court Executive all written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail.

A district judge will make a *de novo* determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination.  The district judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.  See 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 73, and LMR 4, Local Rules for the Eastern District of Washington.  A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

REPORT AND RECOMMENDATION TO DENY MOTIONS -- 2

The District Court Executive is directed to enter this Report and Recommendation and forward a copy to Plaintiff.

DATED March 27, 2006.

                            S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION TO DENY MOTIONS -- 3