UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO COBOS,<br><br>        Plaintiff,<br><br>  vs.<br><br>BENTON COUNTY JAIL, C/O WIDENER, C/O HORTON, OFFICER RUNGE, and OFFICER PETERS,<br><br>        Defendants. | NO.  CV-06-5008-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS |

Magistrate Judge Imbrogno filed a Report and Recommendation on March 27, 2006, recommending Mr. Cobos's "Motion for an Order Directing the U.S. Marshals to Investigate" (Ct. Rec. 9), an "Emergency Motion for Detention in a Different Facility" (Ct. Rec. 10) and his "Ex-Parte Motion to Access an Adequate Law Library" (Ct. Rec. 13) be denied.  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motions are **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Plaintiff

**DATED** this   30th   day of May 2006.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                    UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS -- 1