UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO COBOS,<br><br>        Plaintiff,<br><br>  vs.<br><br>BENTON COUNTY JAIL, C/O WIDENER, C/O HORTON, OFFICER RUNGE, and OFFICER PETERS,<br><br>        Defendants. | NO. CV-06-5008-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT<br><br>**1915(g)** |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 22, 2006, recommending Mr. Cobos' civil rights complaint, consisting of only the first two pages of a complaint form, be dismissed without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), and that such dismissal count as one of the dismissals under 28 U.S.C. § 1915(g). There being no objections, the Court **ADOPTS** the Report and Recommendation. The Complaint is **DISMISSED WITHOUT PREJUDICE.**

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 1

prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**.  **This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ___26th___ day of September 2006.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE


Q:\Civil\2006\6cv5008ci-9-25-dis.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 2